AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
District of Colorado

*Rule 5 in docs*

*20-mj-401 (HB)*

| | |
|---|---|
| United States of America<br>v.<br><br>DYLAN SHAKESPEARE ROBINSON<br>*Defendant* | )<br>)<br>) Case No.  1:20-mj-00073-NRN<br>)<br>) Charging District's<br>)  20-MJ-401-HB |

**COMMITMENT TO ANOTHER DISTRICT**

The defendant has been ordered to appear in the _____ District of __Minnesota__,
(if applicable) __St. Paul__ Division. The defendant may need an interpreter for this language: _____.

The defendant:  ☐ will retain an attorney.
　　　　　　　　☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: __6/19/2020__　　　　　　　　　　　__/s/ Reid Neureiter__
　　　　　　　　　　　　　　　　　　　　　*Judge's signature*

　　　　　　　　　　　　　　　　　　　__U.S. Magistrate Judge N. Reid Neureiter__
　　　　　　　　　　　　　　　　　　　　　*Printed name and title*

**RECEIVED**
JUN 19 2020
CLERK, U.S. DISTRICT COURT
FERGUS FALLS, MINNESOTA

**SCANNED**
JUN 22 2020
U.S. DISTRICT COURT FF

TERMED

# U.S. District Court - District of Colorado
## District of Colorado (Denver)
### CRIMINAL DOCKET FOR CASE #: 1:20-mj-00073-NRN-1

Case title: USA v. Robinson

Date Filed: 06/16/2020
Date Terminated: 06/19/2020

Assigned to: Magistrate Judge N. Reid Neureiter

**Defendant (1)**

**Dylan Shakespeare Robinson**
*TERMINATED: 06/19/2020*

represented by **Edward R. Harris**
Office of the Federal Public Defender-Denver
633 Seventeenth Street
Suite 1000
Denver, CO 80202
303-294-7002
Fax: 303-294-1192
Email: Edward_Harris@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Aided and abetted the commission of arson in violation of 18 U.S.C. § 844(I) (arson) and 18 U.S.C. § 2 (aiding and abetting) | |

**Plaintiff**

**USA**                               represented by   **Patricia W. Davies**
U.S. Attorney's Office-Denver
1801 California Street
Suite 1600
Denver, CO 80202
303-454-0100
Fax: 303-454-0402
Email: patricia.davies@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/16/2020 | 1 | RULE 5 AFFIDAVIT as to Dylan Shakespeare Robinson from the District of Minnesota. (jgonz, ) (Entered: 06/16/2020) |
| 06/16/2020 | 2 | Arrest of Dylan Shakespeare Robinson. Initial Appearance - Rule 5 set for 6/16/2020 02:00 PM in Courtroom C203 before Magistrate Judge N. Reid Neureiter. (Text Only entry)(jgonz, ) (Entered: 06/16/2020) |
| 06/16/2020 | 3 | COURTROOM MINUTES for proceedings held before Magistrate Judge N. Reid Neureiter: Initial Appearance in Rule 5(c)(3) Proceedings as to Dylan Shakespeare Robinson held on 6/16/2020. Defendant present in custody. Defendant advised. Court appoints counsel. Detention Hearing, Identity Hearing, and Preliminary Examination set for 6/19/2020 02:00 PM in Courtroom A1002 before Magistrate Judge N. Reid Neureiter. Defendant remanded. (Total time: 17 minutes, Hearing time: 2:12 - 2:29 p.m.)<br><br>**APPEARANCES**: Patricia Davies on behalf of the Government, Edward Harris on behalf of the defendant, Pat Hanley on behalf of probation. FTR: Courtroom A1002. (slibi, ) Text Only Entry (Entered: 06/16/2020) |
| 06/16/2020 | 4 | ORDER APPOINTING COUNSEL as to Dylan Shakespeare Robinson by Magistrate Judge N. Reid Neureiter on 6/16/2020. Text Only Entry (slibi, ) (Entered: 06/16/2020) |
| 06/16/2020 | 5 | CJA 23 Financial Affidavit by Dylan Shakespeare Robinson. (slibi, ) (Entered: 06/16/2020) |
| 06/17/2020 | 6 | NOTICE OF ATTORNEY APPEARANCE: Edward R. Harris appearing for Dylan Shakespeare Robinson Attorney Edward R. Harris added to party Dylan Shakespeare Robinson (pty:dft) (Harris, Edward) (Entered: 06/17/2020) |
| 06/17/2020 | 7 | MINUTE ORDER as to Dylan Shakespeare Robinson by Magistrate Judge N. Reid Neureiter on 6/17/2020. For public access to the hearing, please call 888-363-4749, Access Code 3663520# in advance of the hearing. Text Only |

| | | |
|---|---|---|
| | | Entry (slibi, ) (Entered: 06/17/2020) |
| 06/19/2020 | 8 | COURTROOM MINUTES for proceedings held before Magistrate Judge N. Reid Neureiter: Detention Hearing, Identity Hearing, and Preliminary Hearing as to Dylan Shakespeare Robinson held on 6/19/2020. Defendant present in custody. Defendant reserves his right to a Detention Hearing and a Preliminary Hearing in the originating district. The Marshals will transport the Defendant to the District of Minnesota. Defendant remanded. (Total time: 10 minutes, Hearing time: 2:02 - 2:12 p.m.)<br><br>**APPEARANCES:** Patricia Davies on behalf of the Government, Edward Harris on behalf of the defendant, Amber Dodson on behalf of probation. FTR: Courtroom A1002. (slibi, ) Text Only Entry (Entered: 06/19/2020) |
| 06/19/2020 | 9 | WAIVER of Rule 5 & 5.1 Hearings by Dylan Shakespeare Robinson (slibi, ) (Entered: 06/19/2020) |
| 06/19/2020 | 10 | COMMITMENT TO ANOTHER DISTRICT as to Dylan Shakespeare Robinson. Defendant committed to District of Minnesota - St. Paul Division, by Magistrate Judge N. Reid Neureiter on 6/19/2020. (slibi, ) (Entered: 06/19/2020) |
| 06/19/2020 | 11 | MAGISTRATE CASE TERMINATED as to Dylan Shakespeare Robinson by Magistrate Judge N. Reid Neureiter on 6/19/2020. Text Only Entry (slibi, ) (Entered: 06/19/2020) |
| 06/19/2020 | 12 | Notice to District of Minnesota - St. Paul Division of Rule 5 Initial Appearance: Please use PACER court links to access the public docket and documents. If the District of Colorado has a surrendered passport, it is being mailed to your court via USPS certified mail with return receipt. For a bond transmittal, please contact our case administration specialist at [cod.docketing.uscourts.gov] If you wish to designate a different email address for future transfers, please send your request to InterdistrictTransfer_TXND@txnd.uscourts.gov. as to Dylan Shakespeare Robinson Your case number is:20-mj-401-HB. (Text Only Entry) (slibi, ) (Entered: 06/19/2020) |