**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE (via video conference)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Hildy Bowbeer |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 20-mj-401 HB |
| | ) | Date: June 30, 2020 |
| Dylan Shakespeare Robinson, | ) | Video Conference |
| | ) | Time Commenced: 1:21 p.m. |
| Defendant. | ) | Time Concluded: 1:33 p.m. |
| | ) | Time in Court: 12 minutes |
| | ) | |
| | ) | |

APPEARANCES:

Plaintiff: Ruth Shnider, Assistant U.S. Attorney
Defendant: Lisa Lopez, Assistant Federal Public Defender
        X FPD        X To be appointed

Date Charges Filed: 6/13/2020        Offense: Aided and abetted the commission of arson

X Advised of Rights

on    X Complaint

X Government moves for detention.
Motion is X granted, temporary detention ordered

Next appearance date is Thursday, July 2, 2020, at 2:15 p.m. via video conference before U.S. Magistrate Judge Hildy Bowbeer for:
   X Detention hrg    X Preliminary Examination

X Government moves to unseal the case.    X Granted

Additional Information:
X Defendant consents to this hearing via video conference.

                                                           s/Janet Midtbo
                                                   Signature of Courtroom Deputy