UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20MJ401 HB

United States of America,

                Plaintiff,

v.                               **ORDER FOR APPOINTMENT OF COUNSEL**

Dylan Shakespeare Robinson,

                Defendant.

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that William Mauzy, Attorney ID 68974, is appointed as counsel pursuant to 18 U.S.C. § 3006A.

Dated: <u>June 30, 2020</u>                         *s/ Hildy Bowbeer*
                                                  Honorable Hildy Bowbeer
                                                  United States Magistrate Judge