# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **COURT MINUTES – CRIMINAL (via video conference)** |
| Plaintiff, ) | BEFORE: Hildy Bowbeer |
| ) | U.S. Magistrate Judge |
| v. ) | |
| ) | Case No: 20-mj-401 HB |
| Dylan Shakespeare Robinson, ) | Date: July 2, 2020 |
| ) | Video Conference |
| Defendant. ) | Court Reporter: Carla Bebault |
| | Time Commenced: 2:19 p.m. |
| | Time Concluded: 2:30 p.m. |
| | Time in Court: 11 minutes |

x **PRELIMINARY/DETENTION HRG**
   Time in Court Prelim/Det: 6 minutes/ 5 minutes

APPEARANCES:

  Plaintiff: Harry Jacobs, Assistant U.S. Attorney
  Defendant: William Mauzy,
            X CJA


On   X Complaint


X Probable cause found. Deft bound over to District Court of Minnesota


Additional Information:

X Defendant consents to this hearing via video conference.

X Defendant waives the preliminary hearing.

X Detention hearing continued to Wednesday, July 8, 2020 at 2:30 p.m. via video conference before Magistrate Judge Katherine M. Menendez.


                                                                    s/Sarah Erickson
                                                              Signature of Courtroom Deputy