# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>    Plaintiff, )<br> )<br>v. )<br> )<br>Dylan Shakespeare Robinson, )<br> )<br>    Defendant. ) | **COURT MINUTES – CRIMINAL (via video conference)**<br>BEFORE:   Katherine M. Menendez<br>         U.S. Magistrate Judge<br><br>Case No:            20-mj-401 HB<br>Date:               July 8, 2020<br>Video Conference<br>Court Reporter:     Lynne Krenz<br>Time Commenced:     3:04 p.m.<br>Time Concluded:     3:40 p.m.<br>Time in Court:      36 minutes |

X **DETENTION HRG ONLY**

APPEARANCES:

  Plaintiff: David Steinkamp, Assistant U.S. Attorney
  Defendant:  William Mauzy,
            X CJA

On    X Complaint


X Court announced that she would place Mr. Robinson in a halfway house once the warrant in Crow Wing county can be resolved.  He will be released until that takes place, and a bed is arranged in a halfway house. Order forthcoming.


Additional Information:

X Defendant consents to this hearing via video conference.

                                                                   s/Sarah Erickson
                                                           Signature of Courtroom Deputy